1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HARRISON BURTON,                           No.  2:14-cv-2331 KJN P

12                    Plaintiff,

13           v.                                   ORDER

14    J. CHENOWETH, et al.,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

20    pauperis on the form used by this district, and the trust account statement he provided was not

21    certified by prison officials.  Accordingly, plaintiff's application will be dismissed and plaintiff

22    will be provided the opportunity to submit the application on the appropriate form.  Plaintiff is

23    cautioned that he must also provide a certified copy of his prison trust account statement for the

24    six month period immediately preceding the filing of his complaint.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without

27    prejudice;

28    ////

1

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2  Forma Pauperis By a Prisoner; and

3    3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

4  application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result

5  in a recommendation that this action be dismissed without prejudice.

6  Dated:  October 24, 2014

7

8  /burt2331.3d

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2