UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON BURTON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CHENOWITH,<br><br>    Defendant. | No. 2:14-cv-2331 KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for sixty day extension of time to file and serve an opposition to defendant's March 4, 2015 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

    2. Plaintiff shall file and serve his opposition on or before June 4, 2015. Defendant's reply, if any, shall be filed within seven days thereafter.

Dated: March 27, 2015

                                              KENDALL J. NEWMAN<br>
                                              UNITED STATES MAGISTRATE JUDGE

/burt2331.36