UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON BURTON,<br><br>         Plaintiff,<br><br>     v.<br><br>J. CHEOWETH,<br><br>         Defendant. | No. 2:14-cv-2331 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants filed a statement of non-opposition to plaintiff's request. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: April 7, 2016

burt2331.59a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1